UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:13-cv-00599-FDW-DCK

OCEAN STRATEGIC HOLDINGS, )
LTD., )
        Plaintiff,)
    vs. )
    )
ALL-STAR PROFESSIONAL BULL )
& BRONC TOUR, INC., FRED H. )
CULBERTSON, and THOMAS J.P. )
MARSH, )
        Defendants. )

**DEFAULT JUDGMENT**

    The Defendants, ALL-STAR PROFESSIONAL BULL & BRONC TOUR, INC., FRED H. CULBERTSON, and THOMAS J.P. MARSH, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon Affidavit that Defendants are indebted to Plaintiff in the principal sum of $111,111.00, plus interest thereon at 16% per annum from February 6, 2009 until the entry of judgment in the amount of $48.71 per day, plus interest from the date of judgment as provided by law, together with the costs of this action ($350.00) and attorneys' fees in excess of $7,208.53 to date; that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby:

1

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Default Judgment (Doc. No. 9) is GRANTED. Plaintiff, Ocean Strategic Holdings Ltd., shall recover of Defendants ALL-STAR PROFESSIONAL BULL & BRONC TOUR, INC., FRED H. CULBERTSON, and THOMAS J.P. MARSH, jointly and severally, the principal sum of $111,111.00, plus interest thereon of sixteen percent (16%) per annum in the amount of $48.71 per day from February 6, 2009 until the entry of judgment, plus interest from the date of judgment as provided by law, together with the costs of this action ($350.00) and attorneys' fees in excess of $7,208.53 to-date.

This judgment is entered in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: April 1, 2014

Frank D. Whitney
Chief United States District Judge